IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FIRST-CLASS MONITORING, LLC | ) |
| Plaintiff, | ) |
| | ) Case No. 6:17-cv-00580-RWS-KNM |
| v. | ) |
| | ) |
| COMERICA INCORPORATED | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff First-Class Monitoring, LLC and Defendant Comerica Incorporated in this case, and the Court being of the opinion that said motion should be **GRANTED**, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims asserted in this suit between plaintiff First-Class Monitoring, LLC and Defendant Comerica Incorporated are hereby **DISMISSED WITH PREJUDICE**, subject to the terms of that certain agreement "**SETTLEMENT AND LICENSE AGREEMENT**" and dated December 23, 2017.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 24th day of January, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE